CHARLES MENKEN, Respondent, *v.* WILLIAM C. BAKER, as Sheriff of the County of Queens, Appellant.

*Menken* v. *Baker*, 40 App. Div. 609, affirmed.
(Submitted March 27, 1901; decided April 1', 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 26, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Thomas J. Ritch, Jr.,* for appellant.

*Jacob Brenner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting: CULLEN, J.

---

ISAAC D. GARRISON, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Garrison* v. *N. Y. C. & H. R. R. R. Co.,* 10 App. Div. 622, affirmed.
(Argued March 27, 1901; decided April 16, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 28, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles A. Pooley* for appellant.

*S. E. Filkins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Not sitting: GRAY, J.